# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER J. BURNS, | ) | NO. CV 09-7067 GHK (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| K. HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   9/16  , 2012.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE